# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Nicolette Swanson | 19-09892 |
| | CHAPTER 13 |
| | JUDGE Timothy A. Barnes |
| Debtor | |

## NOTICE OF MOTION

TO: See attached service list

PLEASE TAKE NOTICE that on July 2, 2020 at 9:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion to Vacate payroll order a copy of which is hereby attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: David H Cutler

Attorney for Debtor

4131 Main St. Skokie, IL 60076

cutlerfilings@gmail.com

CERTIFICATE OF SERVICE I, David H Cutler, certify/declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion/application on each entity shown on the attached list at the address shown and by the method indicated on the list on June 24, 2020, before 5:30 p.m.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | Case No. 19-09892 |
| Nicolette Swanson ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Honorable Timothy A. Barnes |

## MOTION TO VACATE PAYROLL CONTROL ORDER

NOW COMES the Debtor, Nicolette Swanson, by and through her attorneys, Cutler and Associates, Ltd., and moves this court to vacate the Payroll Control Order entered on November 18, 2019 [doc. 33], and in support thereof states as follows:

1. On April 5, 2019 the Debtor filed a petition under Chapter 13 of Title 11 U.S.C.

2. That the Debtor's Plan was confirmed on June 20, 2019.

3. An order for Payroll Control was entered on November 18, 2019. (See Exhibit A)

4. The Debtor wishes to make her Trustee plan payments directly online or via mail in certified funds to the Trustee, as she is needing the ability to have more control over her finances during this difficult time.

WHEREFORE the Debtor, Nicolette Swanson whom filed in good faith prays that this honorable court enter an order vacating the Payroll Control Order entered on November 18, 2019 [doc. 33].

By:    /s/ *David H. Cutler*

David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler and Associates, Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600