IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Nicolette Swanson | ) | 19 B 09892 |
| Debtor(s), | ) ) ) ) | Judge Timothy A Barnes |

*Notice of Objection*

The Trustee objects to the Motion.

                                            Marilyn O. Marshall,
                                            Standing Trustee

                                            /s/ O. Anthony Olivadoti_____
                                            By: O. Anthony Olivadoti

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532