UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-09892 |
|---|---|---|
| Nicolette Swanson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ORDER AMENDING ORDER FOR PAYROLL CONTROL

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO VACATE PAYROLL CONTROL ORDER, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. That the Order for Payroll Control, docket entry number 33, entered on November 18, 2019, is amended to reflect that Anixter Center, the employer of Nicolette Swanson, deduct from the earnings of the debtor the sum of $194 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to Marilyn O. Marshall, Trustee at least once a month at the following address: Marilyn O. Marshall Chapter 13 Trustee, P.O. Box 2031, Memphis, TN 38101-2031.

Enter:

United States Bankruptcy Judge

Dated: July 9, 2020

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko